**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DIANE LARKIN,

    Plaintiff,

vs.                                    CASE NO. 3:07-cv-1208-J-32TEM

NORTHEAST FLORIDA STATE HOSPITAL
(N.E.F.S.H.), et al.,

    Defendants.

_____

**O R D E R**

This case is before the Court on Defendant Michael J. Astrue, Commissioner of Social Security's Motion for Enlargement of Time to Answer Plaintiff's First Amended Complaint (Doc. #37) and Defendants Steve Kennedy, Pat Smith, and John Nixon's Motion to Enlarge Time for Responding to First Amended Complaint (Doc. #38). Pursuant to Local Rule 3.01(g), counsel for Defendants aver Plaintiff indicated she opposes the relief requested in the instant motions; however, Plaintiff has not responded to either of the motions, even though the deadline for doing so has passed.[1]

Rule 6(b)(1) of the Federal Rules of Civil Procedure allows a court, for good cause shown, to grant a request for an extension of time, provided the request is made before the time for filing expires. After the time for filing has expired, however, the court (again for good cause shown) may grant a motion for extension of time. *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 897 n. 5 (1990). In addition, Local Rule 3.01(b) provides: "Each party opposing a motion or application shall file within ten (10) days after service of the motion

---

[1] Both motions were filed November 21, 2008; therefore, any response in opposition would have been due on or before December 12, 2008.

or application a response that includes a memorandum of legal authority in opposition to the request. . . ."  M.D. FLA. LOC. R. 3.01(g).

Plaintiff has been advised by the Court of the procedural rules with which she must comply (*see* Doc. #12).  Specifically, in an Order regarding *pro se* litigants, the Court advised that "Plaintiff must timely respond to the motions filed by other parties in this case, for if she does not timely respond to such a motion, the Court may assume that Plaintiff does not oppose that motion and any relief requested therein" (Doc. #12 at 2).  Since no response in opposition to the instant motions has been filled, the Court will treat the motions as unopposed.  Furthermore, the Court finds the requisite good cause exists to grant the motions.

Accordingly, it is hereby **ORDERED:**

1. Defendant Michael J. Astrue, Commissioner of Social Security's Motion for Enlargement of Time to Answer Plaintiff's First Amended Complaint (Doc. #37) is **GRANTED**.  Defendant Michael J. Astrue's Answer to Plaintiff's First Amended Complaint is **due on or before December 31, 2008**.

2. Defendants Steve Kennedy, Pat Smith, and John Nixon's Motion to Enlarge Time for Responding to First Amended Complaint (Doc. #38) is **GRANTED**.  Defendants Steve Kennedy, Pat Smith, and John Nixon's Answer to Plaintiff's First Amended Complaint is **due on or before December 31, 2008**.

**DONE AND ORDERED** at Jacksonville, Florida this  16th  day of December, 2008.

_Thomas E. Morris_
**THOMAS E. MORRIS**
United States Magistrate Judge

Copies to all counsel of record
and *pro se* parties