**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DIANE LARKIN,

        Plaintiff,

vs.                            Case No. 3:07-cv-1208-J-32TEM

NORTHEAST FLORIDA STATE
HOSPITAL, etc., et al.,

        Defendants.

## **ORDER**

This case is before the Court on non-party Mark C. Jackson's Motion to Proceed on Appeal In Forma Pauperis (Doc. 58). Upon review, the Court does see any basis upon which it could grant the motion- - Mr. Jackson is not a party to this case and the Court determined earlier that the claims raised by the pro se plaintiff (Mr. Jackson's mother) were due to be dismissed for failure to state a claim. See Order, Doc. 56. In these circumstances, Mr. Jackson's motion is due to be denied because the appeal is frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(B)(I). See Sun v. Forrester, 939 F.2d 924 (11th Cir. 1991) (defining a frivolous appeal in this Circuit as one which is "without arguable merit" either factually or legally).

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of January 2010.

                                                    TIMOTHY J. CORRIGAN
                                                   United States District Judge

s.
Copies:
counsel of record
Mark C. Jackson